| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court  for the: |
| <u>Southern</u>          District of <u>New York</u><br>(State) |
| Case number (*If known*): _____ Chapter <u>11</u> |

❑ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual
**12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

❑ Chapter *7*
☑ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. _____

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

Avenida  Insurgentes Sur No 730 _____
Number        Street

Piso 20, Colonia Del Valle, C.P. _____

Mexico City _____    D.F.Mexico 03103
City                              State    ZIP Code

_____
County

**Mailing address, if different**

28          Liberty Street _____
Number        Street

CT Corporation System (Authorized Agent) __
P.O. Box

New York _____    NY 10005-1400
City                              State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____ _____ _____
City                              State    ZIP Code

| Debtor | Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| 6. | **Debtor's website** (URL) | https://www.creal.mx/ |
|---|---|---|

| 7. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| 8. | **Type of debtor's business** | *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No |
|---|---|---|
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | | MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | | MM / DD / YYYY |

| **Part 3:** | **Report About the Case** |
|---|---|

| 10. | **Venue** | *Check one:* |
|---|---|---|
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|---|---|---|
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☐ No |
|---|---|---|
| | | ☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor     Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.                    Case number (*if known*)_____
           _____
           Name

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Institutional Multiple Investment Fund LLC | unsecured bond debt | $ 1,050,000.00 |
| | Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero | unsecured bank debt | $ 2,000,000.00 |
| | Solitaire Fund | unsecured bond debt | $ 5,000,000.00 |
| | | Total of petitioners' claims | $ 8,050,000.00 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4:     Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | David H. Botter |
| Institutional Multiple Investment Fund LLC | Printed name |
| Name | Akin Gump Strauss Hauer & Feld LLP |
| 60 State Street | Firm name, if any |
| Number   Street | One Bryant Park |
| Boston         MA         02114 | Number   Street |
| City           State      ZIP Code | New York        NY        10036 |
| | City           State      ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone  (212) 872-1000  Email dbotter@akingump.com |
| Kenneth J. Monaghan | |
| Name | Bar number  2351260 |
| Amundi Asset Management US, Inc., 280 S. Mangum #301 | |
| Number   Street | State  New York |
| Durham         NC         27701 | |
| City           State      ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  06/22/2022 | ✘ /s/ David H. Botter |
|              MM / DD / YYYY | Signature of attorney |
| ✘ /s/ Kenneth J. Monaghan, Managing Director of investment adviser to petitioner | Date signed  06/22/2022 |
| Signature of petitioner or representative, including representative's title | MM / DD / YYYY |

Debtor    Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.
          _____
          Name

Case number (*if known*)_____

---

**Name and mailing address of petitioner**

Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero
_____
Name

Avenida Paseo de la Reforma 284
_____
Number    Street

Mexico City                    Mexico              06600
_____              _____         _____
City                           State               ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jacobo G. Martinez Flores
_____
Name

Avenida Paseo de la Reforma 284
_____
Number    Street

Mexico City                    Mexico              06600
_____              _____         _____
City                           State               ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/22/2022
              _____
              MM / DD / YYYY

✖ /s/ Jacobo G. Martinez Flores, General Counsel and Attorney in Fact
_____
Signature of petitioner or representative, including representative's title

---

David H. Botter
_____
Printed name

Akin Gump Strauss Hauer & Feld LLP
_____
Firm name, if any

One Bryant Park
_____
Number    Street

New York                         NY              10036
_____       _____      _____
City                            State            ZIP Code

Contact phone   (212) 872-1000    Email  dbotter@akingump.com

Bar number   2351260
             _____

State        New York
             _____

✖ /s/ David H. Botter
_____
Signature of attorney

Date signed   06/22/2022
              _____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Solitaire Fund
_____
Name

Aeulestrasse 6
_____
Number    Street

Vaduz                          Liechtenstein 9490
_____              _____ _____
City                           State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Dr. Martin Jonasch and Lisa Saleteg, VP Fund Solutions (Liechtenstein) AG as management company of Solitaire Fund
_____
Name

Aeulestrasse 6
_____
Number    Street

Vaduz                          Liechtenstein 9490
_____              _____ _____
City                           State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/22/2022
              _____
              MM / DD / YYYY

✖ /s/ Dr. Martin Jonasch, /s/ Lisa Saleteg, VP Fund Solutions (Liechtenstein) AG as management company of Solitaire Fund
_____
Signature of petitioner or representative, including representative's title

---

David H. Botter
_____
Printed name

Akin Gump Strauss Hauer & Feld LLP
_____
Firm name, if any

One Bryant Park
_____
Number    Street

New York                         NY              10036
_____       _____      _____
City                            State            ZIP Code

Contact phone   (212) 872-1000    Email  dbotter@akingump.com

Bar number   2351260
             _____

State        New York
             _____

✖ /s/ David H. Botter
_____
Signature of attorney

Date signed   06/22/2022
              _____
              MM / DD / YYYY

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., | Case No. 22-_____ (___) |
| Alleged Debtor. | |

**DECLARATION OF KENNETH J. MONAGHAN ON BEHALF OF INSTITUTIONAL
MULTIPLE INVESTMENT FUND LLC PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 1003(a)**

Pursuant to 28 U.S.C. § 1746, Kenneth J. Monaghan declares as follows:

1.     I make this declaration on behalf of Institutional Multiple Investment Fund LLC

("Petitioning Creditor") in the above-captioned involuntary chapter 11 case (the "Bankruptcy

Case") filed by Petitioning Creditor and other petitioning creditors against Crédito Real, S.A.B. de

C.V., SOFOM, E.N.R. (the "Debtor").  I am fully familiar with the facts set forth herein either

through my own personal knowledge or through a review of documents related to Petitioning

Creditor's claims against the Debtor.  If called to testify in connection with the Bankruptcy Case,

the following would constitute my testimony.

2.     I am the Managing Director of Amundi Asset Management US, Inc., the

investment adviser to the Petitioning Creditor.

3.     Petitioning Creditor holds claims against Debtor in the aggregate principal amount

of at least $1,050,000.00 based upon certain of its holdings of 8% Senior Unsecured Notes due

2028 ("Notes").  Petitioning Creditor's holdings of Notes that are being relied upon for the purpose

of satisfying the requirement of 11 U.S.C. § 303(b)(1) were acquired on January 11, 2021, as

reflected in the attached document.

4.      Petitioning Creditor also holds claims for accrued but unpaid interest on the Notes that are being relied upon for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1), plus applicable fees, costs and other charges.

5.      Petitioning Creditor did not purchase the Notes for the purpose of commencing this case under the Bankruptcy Code.

6.      Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing the Bankruptcy Case.

7.      Petitioning Creditor may also hold other claims against Debtor based upon its holdings of other securities or debt instruments of Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2022 at Durham, North Carolina.

By: /s/ Kenneth J. Monaghan
    Kenneth J. Monaghan
    Managing Director of
    Amundi Asset Management US, Inc.,
    Investment Adviser to Petitioning Creditor

# TRANSACTIONS - INST

Transaction Type ▾ | Instrument Group ▾ | Instrument Type ▾ | Instrument | State ▾ | Manager ▾ | Begin Date : 05/01/20? | End Date : +1D | Transactions

INSTITUTIONAL MULTIPLE INVESTMENT FD LLC
CREAL 8% 01/28 144A
BUY
SELL

| Instrument Price (trans) | Instrument Quantity (trans) | Manager (trans) | Settle Date (trans) | Settlement Currency (trans) | Strategy Name (trans) | Taxes Fee (trans) | Transaction State (trans) | Transaction Type Name (trans) | Creation Date (trans) | Transaction Date (trans) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1,450.000 | | | USD | Core | 0 | Op. sasie | | | |
| | 1,450.000 | | | USD | Core | 0 | Op. sasie | | | |
| 100 | 1,250.000 | LEAHY FIONN | 01/21/2021 | USD | Core | 0 | Op. sasie | BUY | 01/12/2021 | 01/11/2021 |
| 73 | 200.000 | FELTUS ANDREW | 11/15/2021 | USD | Core | 0 | Op. sasie | SELL | 11/10/2021 | 11/10/2021 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., | Case No. 22-_____ (___) |
| Alleged Debtor. | |

## CORPORATE OWNERSHIP STATEMENT OF
## INSTITUTIONAL MULTIPLE INVESTMENT FUND LLC

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and

Rules 1010-1 and 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York,

petitioner Institutional Multiple Investment Fund LLC (the "Petitioner"), states that it is a limited

liability company organized under the laws of the State of Delaware.  To the best of Petitioner's

knowledge, no publicly held corporation owns 10% or more of its equity interests.

### Declaration Under Penalty of Perjury

I, the undersigned authorized representative of Institutional Multiple Investment Fund

LLC, a Petitioner in this case, declare under penalty of perjury that I have reviewed the "Corporate

Ownership Statement" and that it is true and correct to the best of my knowledge, information and

belief, with reliance on appropriate corporate officers.


Dated: June 22, 2022

By: */s/ Kenneth J. Monaghan*
　　Kenneth J. Monaghan
　　Managing Director of
　　Amundi Asset Management US, Inc.,
　　Investment Adviser to Petitioning Creditor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., | Case No. 22-_____ (___) |
| Alleged Debtor. | |

**DECLARATION OF JACOBO G. MARTINEZ FLORES ON BEHALF OF BANCO MONEX, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, MONEX GRUPO FINANCIERO PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)**

Pursuant to 28 U.S.C. § 1746, Jacobo G. Martinez Flores declares as follows:

1.      I make this declaration on behalf of Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero ("Petitioning Creditor") in the above-captioned involuntary chapter 11 case (the "Bankruptcy Case") filed by Petitioning Creditor and other petitioning creditors against Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. (the "Debtor"). I am fully familiar with the facts set forth herein either through my own personal knowledge or through a review of documents related to Petitioning Creditor's claims against the Debtor. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2.      I am the General Counsel and Attorney In Fact of Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero.

3.      Petitioning Creditor holds claims against Debtor in the aggregate principal amount of at least $2,000,000.00 based upon certain of its holdings of term loans under that certain Credit Agreement dated as of August 2, 2019, among Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. as borrower, the lenders party thereto, Credit Suisse AG, Cayman Islands Branch as Administrative Agent and Credit Suisse Securities (USA) LLC as lead arranger (the "Loans"). Petitioning

Creditor's holdings of Loans that are being relied upon for the purpose of satisfying the requirement of 11 U.S.C. § 303(b)(1) were acquired on August 2, 2019.

4.      Petitioning Creditor also holds claims for accrued but unpaid interest on the Loans that are being relied upon for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1), plus applicable fees, costs and other charges.

5.      Petitioning Creditor did not purchase the Loans for the purpose of commencing this case under the Bankruptcy Code.

6.      Petitioning Creditor may also hold other claims against Debtor based upon its holdings of other securities or debt instruments of Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2022.

By: _____
Jacobo G. Martinez Flores
General Counsel and Attorney In Fact
Banco Monex, S.A., Institución De Banca
Múltiple, Monex Grupo Financiero

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., | Case No. 22-_____ (\_\_\_) |
| Alleged Debtor. | |

### CORPORATE OWNERSHIP STATEMENT OF BANCO MONEX, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, MONEX GRUPO FINANCIERO

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rules 1010-1 and 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York, petitioner Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero (the "Petitioner"), states that it is a credit institution organized under the laws of Mexico with jurisdiction in Mexico City, Mexico.  To the best of Petitioner's knowledge, the following corporations directly or indirectly own 10% or more of its equity interests: Monex, S.A.B. de C.V. and Monex Grupo Financiero, S.A. de C.V.

### Declaration Under Penalty of Perjury

I, the undersigned authorized representative of Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero, a Petitioner in this case, declare under penalty of perjury that I have reviewed the "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: June 22, 2022

By: _____
Jacobo G. Martinez Flores
General Counsel and Attorney In Fact
Banco Monex, S.A., Institución De Banca
Múltiple, Monex Grupo Financiero

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,<br><br><br><br>_____ Alleged Debtor. | Chapter 11<br><br>Case No. 22-_____ (___) |

**DECLARATION OF VP Fund Solutions (Liechtenstein) AG as management company of Solitaire Fund <u>PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)</u>**

Pursuant to 28 U.S.C. § 1746, VP Fund Solutions (Liechtenstein) AG declares as follows:

1.      I make this declaration on behalf of Solitaire Fund ("<u>Petitioning Creditor</u>") in the above-captioned involuntary chapter 11 case (the "<u>Bankruptcy Case</u>") filed by Petitioning Creditor and other petitioning creditors against Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. (the "<u>Debtor</u>"). I am fully familiar with the facts set forth herein either through my own personal knowledge or through a review of documents related to Petitioning Creditor's claims against the Debtor. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2.      I am the Authorized Signatory of VP Fund Solutions (Liechtenstein) AG, the management company of the Petitioning Creditor.

3.      Petitioning Creditor holds claims against Debtor in the aggregate principal amount of at least $ 5,000,000 based upon certain of its holdings of 8% Senior Unsecured Notes due January 2028 ("<u>Notes</u>"). Petitioning Creditor's holdings of Notes that are being relied upon for the purpose of satisfying the requirement of 11 U.S.C. § 303(b)(1) were acquired on June 22, 2021,

October 5, 2021, December 17, 2021, February 11, 2022, and February 15, 2022, as reflected in

the attached document.

4.      Petitioning Creditor also holds claims for accrued but unpaid interest on the Notes

that are being relied upon for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1),

plus applicable fees, costs and other charges.

5.      Petitioner did not purchase the Notes for the purpose of commencing this case under

the Bankruptcy Code.

6.      Petitioning Creditor acquired its claims on the open market for investment purposes

and not for the purpose of commencing the Bankruptcy Case.

7.      Petitioning Creditor may also hold other claims against Debtor based upon its

holdings of other securities or debt instruments of Debtor.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Executed this 20th day of June, 2022.

VP FUND SOLUTIONS

VP Fund Solutions (Liechtenstein) AG
Aeulestrasse 6 · 9490 Vaduz
Liechtenstein

Dr. Martin Jonasch          Lisa Saleteg

By: _____
VP Fund Solutions (Liechtenstein) AG
[Authorized Signatory]

**VP Bank AG**
Aeulestrasse 6 · 9490 Vaduz · Liechtenstein · T +423 235 66 55 · F +423 235 65 00
info@vpbank.com · www.vpbank.com · MwSt.-Nr. 51.263 · Reg.-Nr. FL-0001.007.080-0



Solitaire Global Bond Fund
Aeulestrasse 6
9490 Vaduz

Vaduz, 14.06.2022
SEP/jeh

**CONFIRMATION**

Dear Sir or Madam

We herewith confirm that we hold

-5'000'000-      8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028      USP32506AE09

and Solitaire Global Bond Fund is the beneficial owner of it.

Furthermore, we hereby confirm the following purchase orders placed and booked:

-1'000'000-      8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028      USP32506AE09
trade date: 22.06.2021

-1'000'000-      8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028      USP32506AE09
trade date: 22.06.2021

-1'000'000-      8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028      USP32506AE09
trade date: 05.10.2021

-1'000'000-      8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028      USP32506AE09
trade date: 17.12.2021

-1'000'000-      8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028      USP32506AE09
trade date: 11.02.2022

Yours faithfully,

VP Bank AG

Handy Jenni

Gina Sprecher

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., | Case No. 22-_____  (___) |
| Alleged Debtor. | |

## CORPORATE OWNERSHIP STATEMENT OF SOLITAIRE FUND

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rules 1010-1 and 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York, petitioner Solitaire Fund (the "Petitioner"), states that it is a collective trusteeship that is structured as an umbrella investment fund with one or more sub-funds organized under the laws of Liechtenstein.  To the best of Petitioner's knowledge, no publicly held corporation owns 10% or more of its equity interests.

### Declaration Under Penalty of Perjury

We, the undersigned authorized representatives of VP Fund Solutions (Liechtenstein) AG, management company of the Petitioner in this case, declare under penalty of perjury that I have reviewed the "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: June 20th, 2022

VP FUND SOLUTIONS
VP Fund Solutions (Liechtenstein) AG
Aeulestrasse 6 · 9490 Vaduz
Liechtenstein

Dr. Martin Johasch            Lisa Saleteg

By:    VP Fund Solutions (Liechtenstein) AG

Title:    Authorized Signatory