UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CREDITO REAL, S.A.B. de C.V., SOFOM, E.N.R.,<br><br>Alleged Debtor. | Chapter 11<br><br>Involuntary Case No. 22-10842 (DSJ) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that The Bank of New York Mellon ("**BNYM**"), in its capacity as indenture trustee, hereby appears in this chapter 11 case by its counsel, Norton Rose Fulbright US LLP, and demands, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon counsel at the addresses set forth below. E-mail addresses are included, and notice by e-mail is affirmatively acknowledged as being acceptable:

> Marian Baldwin Fuerst
> Francisco Vazquez
> **NORTON ROSE FULBRIGHT US LLP**
> 1301 Avenue of the Americas
> New York, New York 10019-6022
> Telephone: (212) 318-3000
> Facsimile: (212) 318-3400
> E-mail: marian.baldwin@nortonrosefulbright.com
>         francisco.vazquez@nortonrosefulbright.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, plan of reorganization, or any other document that in

any way affects the debtors or their property or the rights or interests of BNYM whether transmitted or conveyed by mail delivery, telephone, e-mail, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a consent of BNYM to the jurisdiction of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) BNYM's right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) BNYM's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) BNYM's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which BNYM is or may be entitled under any agreement, in law, or in equity, and all such rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: New York, New York
         July 5, 2022

    Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Francisco Vazquez*
    Marian Baldwin Fuerst
    Francisco Vazquez
    1301 Avenue of the Americas
    New York, New York 10019-6022
    Telephone: (212) 318-3000
    Facsimile: (212) 318-3400

*Counsel to The Bank of New York Mellon*

## **CERTIFICATE OF SERVICE**

     I certify that on July 5, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

                                     */s/ Francisco Vazquez*
                                      Francisco Vazquez