**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., | ) Involuntary Case No. 22-10842 (DSJ) |
| | ) |
| Putative Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION OF THE PUTATIVE DEBTOR
TO DISMISS THE INVOLUNTARY CHAPTER 11 PETITION**

Upon the Motion[1] of the Putative Debtor for an order dismissing the involuntary chapter 11 petition pursuant to sections 105(a), 303, 305(a) and 1112(b) of title 11 of the United States Code, Rule 12(b) of the Federal Rules of Civil Procedure and Rules 1011(b) and 7012(b) of the Federal Rules of Bankruptcy Procedure; this Court having found that proper and adequate notice of the Motion and the relief requested herein has been provided and that no other or further notice is necessary; and the Court having reviewed and considered the Motion and all supporting papers and responses and replies thereto (if any), and the argument of the parties; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is hereby granted as set forth herein.

2. This Involuntary Petition is denied and the Involuntary Case is dismissed with prejudice.

_____

THE HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.