## Exhibit B

### Notice Party List

**Notice Party List**

| Notice Party Name | Notice Party Address |
|---|---|
| Office of the United States Trustee | 844 King Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>United States<br>Attn: David Buchbinder;<br>david.l.buchbinder@usdoj.gov |
| Office of the United States Trustee | U.S. Federal Office Buildings<br>201 Varick Street, Room 1006<br>New York, New York 10014 |
| Bank of New York Mellon, as Indenture Trustee | 240 Greenwich Street, Floor 7 East<br>New York, NY 10286<br>Attn: Joseph Costantino;<br>joseph.costantino@bnymellon.com<br>Attn: Iris Munoz; Iris.Munoz@bnymellon.com |
| Norton Rose Fulbright US LLP | 1301 Avenue of the Americas<br>New York, New York 10019-6022<br>Attn: Marian Baldwin Fuerst;<br>marian.baldwin@nortonrosefulbright.com<br>Attn: Francisco Vazquez;<br>francisco.vazquez@nortonrosefulbright.com |
| Akin Gump Strauss Hauer & Feld | One Bryant Park<br>New York, NY 10036<br>Attn: David H. Botter; dbotter@akingump.com |
| Institutional Multiple Investment Fund LLC | 60 State Street<br>Boston, MA 02114<br>Attn: Kenneth Monaghan |
| Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financier | Avenida Paseo de la Reforma 284<br>Mexico City, Mexico 06600<br>Attn: Jacobo G. Martinez Flores |
| Solitaire Fund | Aeulestrasse 6<br>Vaduz, Liechtenstein 9490<br>Attn: Dr. Martin Jonasch and Lisa Saleteg, VP Fund Solutions (Liechtenstein) AG as management company of Solitaire Fund |