# EXHIBIT A

## Official Tax Identification Form

**Official Tax Identification Form – Original (Spanish)**

| CÉDULA DE IDENTIFICACIÓN FISCAL |
|---|

 



CRS930216815
Registro Federal de Contribuyentes

CREDITO REAL S.A.B. DE C.V., SOFOM, E.N.R.
Nombre, denominación o razón social

idCIF: 14111340011
VALIDA TU INFORMACIÓN FISCAL

| CONSTANCIA DE SITUACIÓN FISCAL |
|---|

Lugar y Fecha de Emisión
**BENITO JUAREZ , CIUDAD DE MEXICO A 23 DE JUNIO DE 2022**



CRS930216815

**Datos de Identificación del Contribuyente:**

| | |
|---|---|
| **RFC:** | CRS930216815 |
| **Denominación/Razón Social:** | CREDITO REAL S.A.B. DE C.V., SOFOM, E.N.R. |
| **Régimen Capital:** | SIN TIPO DE SOCIEDAD |
| **Nombre Comercial:** | |
| **Fecha inicio de operaciones:** | 16 DE FEBRERO DE 1993 |
| **Estatus en el padrón:** | ACTIVO |
| **Fecha de último cambio de estado:** | 16 DE FEBRERO DE 1993 |

**Datos del domicilio registrado**

| | |
|---|---|
| **Código Postal:** 03103 | **Tipo de Vialidad:** AVENIDA (AV.) |
| **Nombre de Vialidad:** AVENIDA DE LOS INSURGENTES SUR | **Número Exterior:** 730 |
| **Número Interior:** PISO 20 | **Nombre de la Colonia:** DEL VALLE NORTE |
| **Nombre de la Localidad:** BENITO JUAREZ | **Nombre del Municipio o Demarcación Territorial:** BENITO JUAREZ |
| **Nombre de la Entidad Federativa:** CIUDAD DE MEXICO | **Entre Calle:** CALLE SAN BERNARDINO |
| **Y Calle:** CALLE TORRES ADALID | **Correo Electrónico:** |
| **Tel. Fijo Lada:** | **Número:** |

**Página [1] de [3]**

 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

| Estado del domicilio: | Estado del contribuyente en el domicilio: |
|---|---|
|  |  |

**Actividades Económicas:**

| Orden | Actividad Económica | Porcentaje | Fecha Inicio | Fecha Fin |
|---|---|---|---|---|
| 1 | Otras instituciones de intermediación crediticia y financiera no bursátil | 100 | 01/01/2007 |  |

**Regímenes:**

| Régimen | Fecha Inicio | Fecha Fin |
|---|---|---|
| Régimen General de Ley Personas Morales | 31/03/2002 |  |

**Obligaciones:**

| Descripción de la Obligación | Descripción Vencimiento | Fecha Inicio | Fecha Fin |
|---|---|---|---|
| Declaración anual de ISR del ejercicio Personas morales. | Dentro de los tres meses siguientes al cierre del ejercicio. | 31/03/2002 |  |
| Entero de retenciones mensuales de ISR por sueldos y salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 31/03/2002 |  |
| Pago provisional mensual de ISR personas morales régimen general | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 31/03/2002 |  |
| Entero de retención de ISR por servicios profesionales. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 31/03/2002 |  |
| Entero de retenciones de IVA Mensual | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 31/03/2002 |  |
| Entero mensual de retenciones de ISR de ingresos por arrendamiento. | Conjuntamente con la retención por salarios o asimilados a salarios (17 de cada mes en su defecto) | 31/03/2002 |  |
| Pago definitivo mensual de IVA. | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 31/03/2002 |  |
| Declaración informativa anual de clientes y proveedores de bienes y servicios. Impuesto sobre la renta. | A más tardar el 15 de febrero del año siguiente | 31/03/2002 |  |
| Declaración informativa anual de pagos y retenciones de servicios profesionales. Personas Morales. Impuesto Sobre la Renta | A más tardar el 15 de febrero del año siguiente | 31/03/2002 |  |
| declaración informativa anual de retenciones de ISR por arrendamiento de inmuebles | A más tardar el 15 de febrero del año siguiente | 31/03/2002 |  |
| Declaración informativa de IVA con la anual de ISR | Conjuntamente con la declaración anual del ejercicio. | 31/03/2002 |  |
| Declaración de proveedores de IVA | A más tardar el último día del mes inmediato posterior al periodo que corresponda. | 01/09/2006 |  |
| Entero de ISR sobre dividendos distribuidos. Personas morales. | A más tardar el día 17 del mes inmediato posterior al que distribuyan los dividendos | 16/05/2017 |  |

**Sus datos personales son incorporados y protegidos en los sistemas del SAT, de conformidad con los Lineamientos de Protección de Datos Personales y con diversas disposiciones fiscales y legales sobre confidencialidad y protección de datos, a fin de ejercer las facultades conferidas a la autoridad fiscal.**




Contacto
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

**Si desea modificar o corregir sus datos personales, puede acudir a cualquier Módulo de Servicios Tributarios y/o a través de la dirección http://sat.gob.mx**

**"La corrupción tiene consecuencias ¡denúnciala! Si conoces algún posible acto de corrupción o delito presenta una queja o denuncia a través de: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: (55) 8852 2222, desde el extranjero: + 55 8852 2222, SAT móvil o www.gob.mx/sfp".**

| | |
|---|---|
| **Cadena Original Sello:** | \|\|2022/06/23\|CRS930216815\|CONSTANCIA DE SITUACIÓN FISCAL\|200001088888800000031\|\| |
| **Sello Digital:** | GUIlPBHWE6/21tahkBZD9uqXXf1j5OsLF2dPWdYQbMjjIS206BArfMxWuSOr/r6qRMqaQqWfkLSaFLn5AQ4feTKy12TbDQ7lJky9Tb36jlvKfkWk71SYTNrDGKHWfNp8NjeiGwC2EsxJo9VjzL5qhftsj8k7XEUFFfEEK4VNWW0= |





Contacto
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

**Official Tax Identification Form – Certified Translation (English)**

**TAXPAYER'S ID CARD**

[MEXICAN COAT OF ARMS READING:] "UNITED MEXICAN STATES"

[Logo of the SECRETARIA DE HACIENDA Y CREDITO PÚBLICO] [MINISTRY OF FINANCE AND PUBLIC CREDIT]

[Logo reading:] **SAT** SERVICIO DE ADMINISTRACIÓN TRIBUTARIA [Tax Administration Office]

[QR CODE]

CRS930216815
Federal Taxpayer's ID Number

CREDITO REAL S.A.B. DE C.V. SOFOM, E.N.R.
Name or corporate name

idCIF: 14111340011
VALIDATE YOUR TAX INFORMATION

**CERTIFICATE OF TAX STATUS**

Place and Date of Issuance
**BENITO JUAREZ, MEXICO CITY JUNE 23rd 2022**

[Bar Code]
CRS930216815

### Taxpayers' ID Data:

| | |
|---|---|
| Federal Taxpayers' ID Number [RFC]: | CRS930216815 |
| Name/Corporate name: | CREDITO REAL S.A.B. DE C.V. SOFOM, E.N.R. |
| Treatment of Capital: | NOT SPECIFIED |
| Trade Name: | |
| Commencement of Operations Date: | FEBRUARY 16, 1993 |
| Status in the Registry: | ACTIVE |
| Date of Last Change of Status: | FEBRUARY 16, 1993 |



### Address:

ZIP Code: 03103
Street: AVENIDA DE LOS INSURGENTES SUR
Apartment: 20th FLOOR
Town: BENITO JUAREZ
State: MEXICO CITY
and street: TORRES ADALID STREET
Area Code:

Type of road: AVENUE (AVE.)
External Number: 730
District: DEL VALLE NORTE
Municipality or Subdivision: BENITO JUAREZ
Between street: SAN BERNARDINO STREET
E-mail address:
Phone number:

Page [1] of [3]



[Mexican Coat of Arms reading:] "UNITED MEXICAN STATES"

[Logo of the SECRETARIA DE HACIENDA Y CREDITO PUBLICO] [MINISTRY OF FINANCE AND PUBLIC CREDIT]

[Logo reading:] **SAT** SERVICIO DE ADMINISTRACIÓN TRIBUTARIA [Tax Administration Office]

**Contact**
Av. Hidalgo 77, col. Guerrero, ZIP 06300, Mexico City
Phone calling from anywhere in Mexico:
CallSAT 55 627 22 728 or from abroad (+52) 55627 22728

Address status:                                    Status in Taxpayers' address:

## Economic Activities:

| Order | Economic Activity | Percentage | Commencement Date | Termination Date |
|---|---|---|---|---|
| 1 | Other credit and financial not exchange mediation institutions | 100 | 01/01/2007 | |

## Tax Treatments:

| Tax Treatment | Commencement Date | Termination Date |
|---|---|---|
| General Tax Treatment provided in the *Ley Personas Morales* [Legal Entities Law] | 03/31/2002 | |

## Liabilities:

| Liability Description | Expiration Description | Commencement Date | Termination Date |
|---|---|---|---|
| To submit annual Income Tax for the fiscal year for legal entities. | Within the three months following closing of the fiscal year. | 03/31/2002 | |
| To pay monthly withholdings of Income Tax (ISR) on wages and salaries | On or before the 17th day of the month immediately following the corresponding period of time. | 03/31/2002 | |
| To pay provisional monthly Income Tax amounts regarding legal entities subject to general tax treatment. | On or before the 17th day of the month immediately following the corresponding period of time. | 03/31/2002 | |
| To pay MONTHLY Income Tax withholdings on income from professional services. | On or before the 17th day of the month immediately following the corresponding period of time. | 03/31/2002 | |
| To pay monthly VAT withholdings | On or before the 17th day of the month immediately following the corresponding period of time. | 03/31/2002 | |
| To pay monthly Income Tax withholdings on income from rents. | Concurrently with withholdings on wages or income treated as wages (On or before the 17th day of each month, if any) | 03/31/2002 | |
| To pay final monthly VAT amount. | On or before the 17th day of the month immediately following the corresponding period of time. | 03/31/2002 | |
| To submit annual Income Tax returns for information purposes regarding customers and providers of goods and services. | On or before the 15th day of February of the following year. | 03/31/2002 | |
| To submit annual Income Tax returns for Tax withholdings on income from professional services. | On or before the 15th day of February of the following year. | 03/31/2002 | |
| To submit annual Income Tax withholdings on income from rents. | On or before the 15th day of February of the following year. | 03/31/2002 | |
| To submit VAT return for information purposes along with annual income tax return. | Concurrently with yearly tax return the fiscal year | 03/31/2002 | |
| To submit VAT returns for providers. | On or before the last day of the month immediately following the corresponding period of time. | 09/01/2006 | |
| | On or before the 17th day of the month immediately following the distribution of the dividends | 05/16/2017 | |

Your personal data are entered to, and protected in, the Tax Administration Office systems, according to the Guidelines to Protect Personal Data and several tax and legal provisions on confidentiality and data protection, to exert the powers granted to this tax authority.

Should you desire to change or correct your personal data, please visit any Bureau of the Tax Administration Office and/or visit http://sat.gob.mx.

"Corruption has consequences. Denounce corruption! If you learn of any suspected corruption action or felony, file a complaint or denunciation through: www.sat.gob.mx, denuncias@sat.gob.mx, from anywhere in Mexico: (55) 8852 2222, from anywhere abroad +55 8852 2222, Mobile SAT or www.gob.mx/sfp."

Page [2] of [3]

| [Mexican Coat of Arms reading:] "UNITED MEXICAN STATES" | [Logo of the SECRETARÍA DE HACIENDA Y CREDITO PUBLICO] [MINISTRY OF FINANCE AND PUBLIC CREDIT] | [Logo reading:] SAT SERVICIO DE ADMINISTRACIÓN TRIBUTARIA [Tax Administration Office] | Contact Av. Hidalgo 77, col. Guerrero, ZIP 06300, Mexico City Phone calling from anywhere in Mexico: CallSAT 55 627 22 728 or from abroad (+52) 55627 22728 |

Seal of original chain:
Digital seal:
||2022/06/23|CRS930216815|CONSTANCIA DE SITUACIÓN FISCAL|20000108888800000031||
GUIIPBHWE6/21tahkBZD9uqXXf1j5OsLF2dPWdYQbMjjIS206BArfMxWuSOr/r6qRMqaQqWfkLSaFLn5AQ4feTK
y12TbDQ7IJky9Tb36jIvKfkWk71SYTNrDGKHWfNp8NjeiGwC2EsxJo9VjzL5qhftsj8k7XEUFFfEEK4VNWW0=

[QR CODE]

I, ZULUEM JULIETA GARCÍA PACHECO, Expert Translator authorized by the *Tribunal Superior de Justicia de la Ciudad de México* [Superior Court of Justice of Mexico City], pursuant to the ruling published in the *Boletín Judicial* [Court Bulletin] on March 8, 2021, hereby attest that the preceding translation from Spanish language contained in three (3) pages is, at the best of my knowledge, true, complete and correct.

Zuluem Julieta García Pacheco
Mexico City, Federal District, July 12, 2022
Phone: (52) (55) 52 19 68 95
E-mail: zuluemgp@prodigy.net.mx



**Contact**

[Mexican Coat of Arms reading] "UNITED MEXICAN STATES"

[Logo of the SECRETARÍA DE HACIENDA Y CRÉDITO PÚBLICO]

[MINISTRY OF FINANCE AND PUBLIC CREDIT]

[Logo reading] **SAT**

SERVICIO DE ADMINISTRACIÓN TRIBUTARIA
[Tax Administration Office]

Av. Hidalgo 77, col. Guerrero, ZIP 06300, Mexico City
Phone calling from anywhere in Mexico:
CallSAT 55 627 22 728 or from abroad (+52) 55627 22728