## EXHIBIT B

**Crédito USA's Delaware Certificate of Incorporation**

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 05:32 PM 02/05/2015*
*FILED 05:29 PM 02/05/2015*
*SRV 150155041 - 5688110 FILE*

**Crédito Real USA, Inc.**

## CERTIFICATE OF INCORPORATION

I, the undersigned incorporator, hereby make, acknowledge and file this Certificate of Incorporation for the purpose of becoming a corporation under the laws of the State of Delaware.

### ARTICLE I – NAME

The name of this corporation shall be:

Crédito Real USA, Inc.

### ARTICLE II - REGISTERED ADDRESS

Its registered address shall be:

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
City of Wilmington, Delaware 19801
New Castle County

### ARTICLE III – NATURE OF BUSINESS

The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

### ARTICLE IV – AUTHORIZED SHARES

The corporation shall be authorized to create and issue 1,000 shares of Common Stock having a par value of $0.01 per share.

### ARTICLE V – DIRECTOR NAMES AND STREET ADDRESS

The name and street address of the member of the first Board of Directors who shall hold office until its successor has been duly elected or appointed is as follows:

| Name | Street Address |
| --- | --- |
| Lourdes Patricia Ferro Bertolo | Insurgentes Sur #730 piso 20<br>Colonia del Valle, Del. Benito Juárez<br>CP 03103<br>México, D.F. |
| Iker Otegui Saiz | Insurgentes Sur #730 piso 20<br>Colonia del Valle, Del. Benito Juárez<br>CP 03103<br>México, D.F. |
| Angel Francisco Romanos Berrondo | Insurgentes Sur #730 piso 20<br>Colonia del Valle, Del. Benito Juárez<br>CP 03103<br>México, D.F. |

MMI-840003822v1

ARTICLE VI – REGISTERED AGENT

The name and street address of the registered agent is:

| Name | Street Address |
|------|----------------|
| The Corporation Trust Company | Corporation Trust Center<br>1209 Orange Street<br>City of Wilmington, Delaware 19801<br>New Castle County |

ARTICLE VII – INCORPORATOR

The name and street address of the person signing this Certificate of Incorporation is as follows:

| Name | Street Address |
|------|----------------|
| Corporate Creations International Inc. | 11380 Prosperity Farms Road #221E<br>Palm Beach Gardens, FL 33410 |

I, the undersigned, for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein stated are true and I have accordingly hereunto set my hand this 5th day of February, A.D. 2015.

Corporate Creations International, Inc.

By: _____

Name:  Trent Bavaro, Vice President

03/07/2016 14:38    5612968430    PAGE 02/06

22-10842-dsj    Doc 7-2    Filed 07/14/22    Entered 07/14/22 20:01:59    Exhibit B -
Credito USAs Delaware Certificate of Incorporation    Pg 4 of 6

# STATE OF DELAWARE
## CERTIFICATE OF CHANGE OF REGISTERED AGENT
## AND/OR REGISTERED OFFICE

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1.    The name of the corporation is **CREDITO REAL USA, INC.**

2.    The Registered Office of the corporation in the State of Delaware is changed to **3411 Silverside Road Rodney Building #104**
(street), in the City of **Wilmington**,
County of **New Castle** Zip Code **19810** . The name of the Registered Agent at such address upon whom process against this Corporation may be served is **Corporate Creations Network Inc.** .

3.    The foregoing change to the registered office/agent was adopted by a resolution of the Board of Directors of the corporation.

By: _____
Authorized Officer

Name: **Taylor Page, Special Secretary**
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:40 PM 03/07/2016
FILED 02:40 PM 03/07/2016
SR 20161525515 - File Number 5688110

# STATE OF DELAWARE
# CERTIFICATE OF MERGER OF
# DOMESTIC LIMITED LIABILITY COMPANY
# INTO A
# DOMESTIC CORPORATION

Pursuant to Title 8, Section 264(c) of the Delaware General Corporation Law and Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned corporation executed the following Certificate of Merger:

**FIRST**: The name of the surviving corporation is CREDITO REAL USA, INC. _____, a Delaware Corporation, and the name of the limited liability company being merged into this surviving corporation is _____ CREAL DALLAS, LLC _____.

**SECOND**: The Agreement of Merger has been approved, adopted, certified, executed and acknowledged by the surviving corporation and the merging limited liability company.

**THIRD**: The name of the surviving corporation is _____ CREDITO REAL USA, INC. _____.

**FOURTH**: The merger is to become effective on October    9, 2017 _____.
**FIFTH**: The Agreement of Merger is on file at 5454 La Sierra Dr. _____ Dallas, TX 75231 _____, the place of business of the surviving corporation.

**SIXTH**: A copy of the Agreement of Merger will be furnished by the corporation on request, without cost, to any stockholder of any constituent corporation or member of any constituent limited liability company.

**SEVENTH:** The Certificate of Incorporation of the surviving corporation shall be it's Certificate of Incorporation

**IN WITNESS WHEREOF**, said Corporation has caused this certificate to be signed by an authorized officer, the 9_____ day of October _____,A.D., 2017 ____.

By: _____
Authorized Officer

Name: Iker Otegui Saiz _____
Print or Type
Title: Authorized Officer _____

State of Delaware
Secretary of State
Division of Corporations
Delivered  11:46 AM 10/09/2017
FILED  11:46 AM 10/09/2017
SR  20176529973  - File Number  5688110

# STATE OF DELAWARE
## CERTIFICATE OF CHANGE OF REGISTERED AGENT
## AND/OR REGISTERED OFFICE

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1.      The name of the corporation is_____

CREDITO REAL USA, INC.                                                                                        .

2.      The Registered Office of the corporation in the State of Delaware is changed to

Corporation Trust Center,
_____
1209 Orange Street                      (street), in the City of  Wilmington                              ,

County of  New Castle                            Zip Code 19801                          . The name of the

Registered Agent at such address upon whom process against this Corporation may be

served is  THE CORPORATION TRUST COMPANY                                                        .

3.      The foregoing change to the registered office/agent was adopted by a resolution of the Board of Directors of the corporation.




By:_____

Authorized Officer


Name:   Iker Otegui                               PRESIDENT

Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered   04:16 PM 06/08/2018
FILED   04:16 PM 06/08/2018
SR  20185055658  - File Number  5688110

DE023 - 05/12/2016 Wolters Kluwer Online