IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., | ) Involuntary Case No. 22-10842 (DSJ) |
| | ) |
| Putative Debtor. | ) |
| | ) |

**AGREED ORDER GRANTING MOTION OF THE PUTATIVE DEBTOR TO TRANSFER VENUE OF THE INVOLUNTARY CHAPTER 11 CASE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Upon the Motion[1] of the Putative Debtor [ECF 6] for an order transferring venue of the above-captioned involuntary chapter 11 case to the United States Bankruptcy Court for the District of Delaware (the "**Delaware Bankruptcy Court**") pursuant to 28 U.S.C §§ 1406(a) and 1408 and Rule 1014(a)(2) of the Federal Rules of Bankruptcy Procedure; this Court having judicial notice of the Chapter 15 Case (No. 22-10630-JTD) pending in front of the Delaware Bankruptcy Court; this Court found that proper and adequate notice of the Motion and the relief requested herein has been provided and that no other or further notice is necessary; and the Court having reviewed and considered the Motion, the Putative Debtor's Certificate of No Objection [ECF No. 17], and all supporting papers and responses and replies thereto (if any); and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is hereby granted as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. This involuntary chapter 11 case is transferred to the Delaware Bankruptcy Court.

3. Notwithstanding the consent of the Involuntary Petitioners to the entry of this Order, nothing contained herein or in the Motion shall be deemed to impair any rights or remedies of the Involuntary Petitioners with respect to the Putative Debtor's motion to dismiss the Involuntary Case or the Chapter 15 Case filed by the Putative Debtor's foreign representative. All of the Involuntary Petitioners' rights and remedies with respect to the Putative Debtor's motion to dismiss the Involuntary Case and the Chapter 15 Case filed by the Putative Debtor's foreign representative are hereby preserved.

Dated: New York, New York
      August 1, 2022

                                                  _s/ David S. Jones_
                                            Honorable David S. Jones
                                            United States Bankruptcy Judge